UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DOUGLAS CHIODINI,**

        **Plaintiff,**

v.                                                      Case No. 6:23-cv-147-CEM-DCI

**BH MANAGEMENT SERVICES, LLC,**

        **Defendant.**

                                     /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, Petition for Attorneys' Fees and Costs, and Class Representative Award ("Motion," Doc. 85). For the reasons set forth therein, the Motion will be granted.

The Class Action Settlement Agreement (Doc. 71-1) was preliminarily approved in this Court's July 29, 2025 Order (Doc. 80), and the settlement classes set forth therein were preliminarily certified, (*id.* at 5). In addition, the Court appointed Plaintiff's counsel as Class Counsel and approved the Class Notice. (*Id.* at 5–6). Class notification was properly effectuated. (Indra Decl., Doc. 85-1, at 1–2). Of the 5,999 potential Settlement Class Members, only six opted out; none filed objections. (*Id.* at 2–3; Newsome Decl., Doc. 85-2, at 5). The Court finds that the Settlement Agreement is in all respects fair, reasonable, and adequate, and in the

best interests of all those affected by it. Accordingly, this Order binds all Settlement Class Members.

Further for the reasons set forth in the Motion and Newsome Declaration, an award of $ 396,148.34 in attorney's fees and costs in the amount of $21,000.00 are reasonable. Similarly, a service award of $10,000 for the named Plaintiff, Douglas Chiodini, is appropriate.

In accordance with the foregoing, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, Petition for Attorneys' Fees and Costs, and Class Representative Award (Doc. 85) is **GRANTED**.

2. The Class Action Settlement Agreement (Doc. 71-1) is **APPROVED**.

3. The following Settlement Classes are **CERTIFIED**:

    a. **The Security Deposit Class**: All persons in the State of Florida who (a) leased a dwelling unit in a property managed by BH Management; (b) did not receive a Fla. Stat. §83.49(3)(a) compliant notice letter; (c) had any portion of their security deposit retained; and (d) do not owe an alleged balance to BH Management or to the property owner.

    b. **The Security Deposit Balance Class**: All persons in the State of Florida who (a) leased a dwelling unit in a property managed by BH Management; (b) did not receive a Fla. Stat. §83.49(3)(a) compliant notice letter; (c) had any portion of their security deposit retained; and (d) allegedly owe a balance to BH Management or to the property owner.

4. The appointment of named Plaintiff, Douglas Chiodini, as the Class Representative is confirmed.

5. The appointment of Jeffrey L. Newsome, II, Brian W. Warwick, Janet R. Varnell, Pamela Levinson, and Christopher J. Brochu of Varnell & Warwick P.A. as Class Counsel is confirmed.

6. American Legal Claims Services, LLC, is appointed to continue in its role as Claims Administrator.

7. This case is **DISMISSED with prejudice**.[1]

8. The Court retains jurisdiction over this action, including over the administration, implementation, interpretation, and enforcement of the Class Action Settlement Agreement.

9. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 22, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] The parties request that a judgment be entered under Federal Rule of Civil Procedure 58(a), but that would not be appropriate here. Judgments are entered in favor of one party and against the other. There is no prevailing party here, the dismissal is due to a compromise. Instead, an order dismissing this case with prejudice is procedurally correct. *See Citibank, N.A. v. Data Lease Fin. Corp.*, 904 F.2d 1498, 1501 (11th Cir. 1990) ("[D]ismissal of a complaint with prejudice satisfies the requirement that there be a final judgment on the merits.").